# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JANET PATTERSON and, HAROLD PATTERSON, | ) ) ) |
| *Plaintiffs,* | ) Case No. 3:19-CV-0912 ) ) |
| v. | ) District Judge Eli ) Richardson |
| BEACON HILL VILLAGE CONDOMINIUM ASSOCIATION, INC., GARY ESTES, BRENDA ESTES, and DAVID FLOYD, | ) Magistrate Judge ) Barbara D. Holmes ) ) ) ) JURY DEMAND |
| *Defendants.* | ) |

## NOTICE OF FILING INITIAL DISCLOSURES

COMES NOW THE PLAINTIFFS, JANET PATTERSON and HAROLD PATTERSON, and hereby notifies this Honorable Court that they served, through counsel, its Initial Disclosures to Defendant's counsel as of the present date.

Respectfully submitted,

 CRAIN LAW GROUP, PLLC

*/s Larry L. Crain*
Larry L. Crain (# 9040)
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Tel. 615-376-2600
Fax. 615-345-6009
Larry@crainlaw.legal
*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 27th day of February, 2020, a true and exact copy of the foregoing Notice of Filing of Plaintiff's Initial Disclosures has been served upon the person(s) listed below via U.S. Mail, postage prepaid.

Gerald C. Wigger, Esq.
Ortale Kelley Law Firm
330 Commerce Street. Suite 110
Nashville, TN 37219-8985

Alvin L. Harris
201 Fourth Avenue, North
Suite 1230
Nashville, TN 37219